NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

S3 GRAPHICS CO., LTD. AND S3 GRAPHICS, INC.,
*Appellants,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

AND

APPLE INC.,
*Intervenor.*

2012-1127

On appeal from the United States International Trade Commission in Investigation No. 337-TA-724.

## ON MOTION

Before PROST, *Circuit Judge.*

## ORDER

Microsoft Corporation moves for leave to file a brief amicus curiae in support of Apple Inc. Microsoft Corpora-

tion states that Apple Inc. consents to the motion and that the International Trade Commission takes no position. S3 Graphics Co., Ltd. and S3 Graphics, Inc. oppose. Microsoft replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 30 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Clark S. Cheney, Esq.
     Donald R. Dunner, Esq.
     George A. Riley, Esq.
     Brian R. Nester, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 30 2012

JAN HORBALY
CLERK